United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Element Exteriors, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4701619** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **224 1st Avenue South** **Franklin, TN 37064** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1521__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

███    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2022**
                MM / DD / YYYY

**X** **/s/ Matthew R. Snodgrass**                              **Matthew R. Snodgrass**
Signature of authorized representative of debtor               Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Griffin S. Dunham**                    Date **January 25, 2022**
Signature of attorney for debtor                       MM / DD / YYYY

**Griffin S. Dunham 027043**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Ave. S. Suite 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone  **615 933 5850**          Email address  **griffin@dhnashville.com**

**027043 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Element Exteriors, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 25, 2022**    X /s/ Matthew R. Snodgrass
                                                Signature of individual signing on behalf of debtor

                                                **Matthew R. Snodgrass**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Debtor name  **Element Exteriors, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   **12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................... $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................... $ _____ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $ _____ **0.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **32,143.95**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____ **465,677.10**

4.   **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b

$ _____ **497,821.05**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Element Exteriors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2019 GMC Sierra (VIN:<br>3GTU9AEF4KG252813)<br>Approximately 40,000 miles<br>Vehicle was totaled in an accident on<br>11/7/2021 and is currently under an<br>insurance claim** | **$0.00** | | **$0.00** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels |
|---|---|

| 49. | **Aircraft and accessories** |
|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** |
|---|---|

| 51. | **Total of Part 8.** | **$0.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:22-bk-00215    Doc 1    Filed 01/25/22    Entered 01/25/22 09:43:34    Desc Main
Document        Page 9 of 35

☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Element Exteriors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 GMC Sierra (VIN: 3GTU9AEF4KG252813)**<br>**Approximately 40,000 miles**<br>**Vehicle was totaled in an accident on**<br>**11/7/2021 and is currently under an insurance**<br>**claim** | $22,189.95 | $0.00 |

**2.1** **Ally Financial**
Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2019 GMC Sierra (VIN: 3GTU9AEF4KG252813)**
**Approximately 40,000 miles**
**Vehicle was totaled in an accident on**
**11/7/2021 and is currently under an insurance**
**claim**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/2020**
Last 4 digits of account number
**4953**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Navitas Credit Corp**
Creditor's Name

**201 Executive Center Drive**
**Suite 100**
**Columbia, SC 29210**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC1 - Accounting software; blanket lien**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/2020**
Last 4 digits of account number
**9152**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| $9,954.00 | $0.00 |

Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $32,143.95 |

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Navitas Credit Corp**<br>**203 Fort Wade Road**<br>**Suite 300**<br>**Ponte Vedra, FL 32081** | Line _2.2_ | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Element Exteriors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00** |
|---|---|---|---|

**Breco Construction**
**2134 Sparta Pike**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/2021__

Basis for the claim: __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,039.13** |
|---|---|---|---|

**Care Supply**
**888 Elm Hill Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/2021__

Basis for the claim: __Construction materials__

Last 4 digits of account number __6393__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,913.65** |
|---|---|---|---|

**CraneWorks, Inc.**
**PO Box 13065**
**Birmingham, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/2021__

Basis for the claim: __Equipment rental__

Last 4 digits of account number __3609__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DeAngelis Diamond**
**2179 Edward Curd Lane**
**Suite 202**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Breach of contract__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:22-bk-00215   Doc 1   Filed 01/25/22   Entered 01/25/22 09:43:34   Desc Main
Document      Page 14 of 35

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,408.75 |
|---|---|---|---|

**Equipment Finders Inc.**
501 Davidson Street
Nashville, TN 37213

Date(s) debt was incurred  __4/2021__

Last 4 digits of account number  __5140__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**J Rodriguez Construction**
4837 Brentdale Avenue
Memphis, TN 38118

Date(s) debt was incurred  __5/2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,733.60 |
|---|---|---|---|

**Leiva Contracting LLC**
649 Cheyenne Court
Smyrna, TN 37167

Date(s) debt was incurred  __4/2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,710.00 |
|---|---|---|---|

**Matthew R. Snodgrass**
1524 Lipscomb Drive
Brentwood, TN 37027

Date(s) debt was incurred  __3/2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Member loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,131.92 |
|---|---|---|---|

**One Source**
75 Remittance Drive
Dept 3140
Chicago, IL 60675

Date(s) debt was incurred  __4/2021__

Last 4 digits of account number  __0994__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**Price CPAs**
3825 Bedford Avenue
Suite 202
Nashville, TN 37215

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,772.65 |
|---|---|---|---|

**Rew Materials**
5218 South National Drive
Knoxville, TN 37914

Date(s) debt was incurred  __4/2021__

Last 4 digits of account number  __434__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Construction materials__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:22-bk-00215    Doc 1    Filed 01/25/22    Entered 01/25/22 09:43:34    Desc Main
Document      Page 15 of 35

| Debtor | **Element Exteriors, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,125.00** |
|---|---|---|---|

**S&A Framing**
**608 Elmont Cove**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2021

Last 4 digits of account number  _

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,120.65** |
|---|---|---|---|

**Southern Carlson**
**PO Box 744372**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2021

Last 4 digits of account number  1771

Basis for the claim:  Construction materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.75** |
|---|---|---|---|

**United Solutions**
**2133 Lawrenceville-Suwanee Road**
**Suite 12-420**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2021

Last 4 digits of account number  _

Basis for the claim:  Professional services

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 465,677.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 465,677.10 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor name **Element Exteriors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Fisk University siding and framing contract** |
| State the term remaining | **Certified Construction** |
| List the contract number of any government contract | **1812 Morena Street** **Nashville, TN 37208** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Berry Farms Town Center siding and framing contract** |
| State the term remaining | **DeAngelis Diamond** |
| List the contract number of any government contract | **2179 Edward Curd Lane** **Suite 202** **Franklin, TN 37067** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Vitality Senior Living siding and framing contract** |
| State the term remaining | **DeAngelis Diamond** |
| List the contract number of any government contract | **2179 Edward Curd Lane** **Suite 202** **Franklin, TN 37067** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Tennessee Childrens Home siding and framing contract** |
| State the term remaining | **DeAngelis Diamond** |
| List the contract number of any government contract | **2179 Edward Curd Lane** **Suite 202** **Franklin, TN 37067** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:22-bk-00215    Doc 1    Filed 01/25/22    Entered 01/25/22 09:43:34    Desc Main
Document        Page 17 of 35

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Standard siding and framing contract** | |
|---|---|---|---|
| | State the term remaining | | **Hardaway Construction** |
| | List the contract number of any government contract | | **1001 Gallatin Avenue** **Nashville, TN 37206** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Southall siding and framing contract** | |
|---|---|---|---|
| | State the term remaining | | **James McHugh Construction** |
| | List the contract number of any government contract | | **1737 South Michigan Avenue** **Chicago, IL 60616** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sage accounting, estimating, document software** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Credit Corp** |
| | List the contract number of any government contract | | **201 Executive Center Drive** **Suite 100** **Columbia, SC 29210** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   **Element Exteriors, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **DeAngelis Diamond** | **2179 Edward Curd Lane Suite 202 Franklin, TN 37067** | **One Source** | ☐ D _____ <br> ■ E/F   **3.9** <br> ☐ G _____ |
| 2.2 | **DeAngelis Diamond** | **2179 Edward Curd Lane Suite 202 Franklin, TN 37067** | **Equipment Finders Inc.** | ☐ D _____ <br> ■ E/F   **3.5** <br> ☐ G _____ |
| 2.3 | **DeAngelis Diamond** | **2179 Edward Curd Lane Suite 202 Franklin, TN 37067** | **Rew Materials** | ☐ D _____ <br> ■ E/F   **3.11** <br> ☐ G _____ |
| 2.4 | **DeAngelis Diamond** | **2179 Edward Curd Lane Suite 202 Franklin, TN 37067** | **Southern Carlson** | ☐ D _____ <br> ■ E/F   **3.13** <br> ☐ G _____ |

| Debtor | **Element Exteriors, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | DeAngelis Diamond | 2179 Edward Curd Lane Suite 202 Franklin, TN 37067 | Care Supply | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.6 | DeAngelis Diamond | 2179 Edward Curd Lane Suite 202 Franklin, TN 37067 | Breco Construction | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.7 | DeAngelis Diamond | 2179 Edward Curd Lane Suite 202 Franklin, TN 37067 | J Rodriguez Construction | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.8 | DeAngelis Diamond | 2179 Edward Curd Lane Suite 202 Franklin, TN 37067 | S&A Framing | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.9 | DeAngelis Diamond | 2179 Edward Curd Lane Suite 202 Franklin, TN 37067 | Leiva Contracting LLC | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.10 | Hardaway Construction | 1001 Gallatin Avenue Nashville, TN 37206 | CraneWorks, Inc. | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.11 | James McHugh Construction | 1737 South Michigan Avenue Chicago, IL 60616 | CraneWorks, Inc. | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 2 of 3

Best Case Bankruptcy

Case 3:22-bk-00215    Doc 1    Filed 01/25/22    Entered 01/25/22 09:43:34    Desc Main
Document      Page 20 of 35

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |

| 2.12 | **Matthew R.**<br>**Snodgrass** | **1524 Lipscomb Drive**<br>**Brentwood, TN 37027** | **Ally Financial** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.13 | **Seth Utley** | **2821 Overton Drive**<br>**Thompsons Station, TN 37179** | **Ally Financial** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Element Exteriors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$4,420,764.64** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$3,022,790.00** |
   | **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$819,358.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Chase Card Services** PO Box 6294 Carol Stream, IL 60197 | 11/4/2021, 12/22/2021 | $23,346.64 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. **Southern Carlson** PO Box 744372 Atlanta, GA 30374 | 10/28/2021, 11/8/2021 | $13,209.85 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand, PLLC**<br>**2416 21st Avenue South**<br>**Suite 303**<br>**Nashville, TN 37212** | | **1/18/2022** | **$4,121.64** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Dunham Hildebrand, PLLC**<br>**2416 21st Avenue South**<br>**Suite 303**<br>**Nashville, TN 37212** | | **1/25/2022** | **$1,878.36** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Matthew R. Snodgrass** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Belle Meade Auto Brokers 6215 Charlotte Pike Nashville, TN 37209** | **2020 GMC Sierra 1500 pickup truck** | **12/14/2021** | **$51,000.00** |
| | Relationship to debtor **No relationship** | | | |

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **927B Kirkwood Avenue Nashville, TN 37204** | **5/2018 - 5/2019** |
| 14.2. | **115B Rains Avenue Nashville, TN 37204** | **5/2019 - 5/2020** |
| 14.3. | **124 1st Avenue South Franklin, TN 37064** | **5/2020 - 10/2021** |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pinnacle Financial Partners 2833 Branson Road Nashville, TN 37204** | **XXXX-7778** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/2021** | **$0.00** |
| 18.2. | **First Horizon 202 Franklin Road Brentwood, TN 37027** | **XXXX-9484** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2022** | **$0.00** |
| 18.3. | **First Horizon 202 Franklin Road Brentwood, TN 37027** | **XXXX-9491** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2022** | **$0.00** |
| 18.4. | **First Horizon 202 Franklin Road Brentwood, TN 37027** | **XXXX-9498** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2022** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

Case 3:22-bk-00215   Doc 1   Filed 01/25/22   Entered 01/25/22 09:43:34   Desc Main
Document      Page 27 of 35

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jimmy Lee Myers III**<br>**305 Richmond Place**<br>**Franklin, TN 37064** | **3/2018 - present** |
| 26a.2.   **Greg Golden**<br>**Golden Consulting**<br>**101 Creekside Crossing**<br>**Suite 1700195**<br>**Brentwood, TN 37027** | **2/2021 - present** |
| 26a.3.   **Price CPAs**<br>**3825 Bedford Avenue**<br>**Suite 202**<br>**Nashville, TN 37215** | **11/2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Jimmy Lee Myers III**<br>**305 Richmond Place**<br>**Franklin, TN 37064** | **3/2018 - present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Greg Golden**<br>**Golden Consulting**<br>**101 Creekside Crossing**<br>**Suite 1700195**<br>**Brentwood, TN 37027** | **2/2021 - present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Price CPAs**<br>**3825 Bedford Avenue**<br>**Suite 202**<br>**Nashville, TN 37215** | **11/2018 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jimmy Lee Myers III**<br>**305 Richmond Place**<br>**Franklin, TN 37064** | |
| 26c.2.   **Greg Golden**<br>**Golden Consulting**<br>**101 Creekside Crossing**<br>**Suite 1700195**<br>**Brentwood, TN 37027** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Price CPAs**<br>**3825 Bedford Avenue**<br>**Suite 202**<br>**Nashville, TN 37215** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Insurance Group of America**<br>**6640 Carothers Parkway**<br>**Franklin, TN 37067** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew R. Snodgrass** | **1524 Lipscomb Drive**<br>**Brentwood, TN 37027** | **President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Matthew R. Snodgrass**<br>**1524 Lipscomb Drive**<br>**Brentwood, TN 37027** | **$120,000** | **2021 (spread across bi-weekly payments)** | **Salary** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2022** _____

**/s/ Matthew R. Snodgrass** _____         **Matthew R. Snodgrass** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Element Exteriors, LLC**                                          Case No. _____
_____
                                    Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**0.00**

    Prior to the filing of this statement I have received ..................................... $ _____**0.00**

    Balance Due .................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 25, 2022**                                         **/s/ Griffin S. Dunham**
_____        _____
*Date*                                                  **Griffin S. Dunham 027043**
                                                        *Signature of Attorney*
                                                        **Dunham Hildebrand, PLLC**
                                                        **2416 21st Ave. S. Suite 303**
                                                        **Nashville, TN 37212**
                                                        **615 933 5850   Fax: 615 777 3765**
                                                        **griffin@dhnashville.com**
                                                        *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Element Exteriors, LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 25, 2022**

**/s/ Matthew R. Snodgrass**

**Matthew R. Snodgrass**/**President**

Signer/Title

ELEMENT EXTERIORS, LLC
224 1ST AVENUE SOUTH
FRANKLIN TN 37064

GRIFFIN S. DUNHAM
DUNHAM HILDEBRAND, PLLC
2416 21ST AVE. S. SUITE 303
NASHVILLE, TN 37212

ALLY FINANCIAL
PO BOX 380902
BLOOMINGTON MN 55438-0902

BRECO CONSTRUCTION
2134 SPARTA PIKE
LEBANON TN 37090

CARE SUPPLY
888 ELM HILL PIKE
NASHVILLE TN 37210

CERTIFIED CONSTRUCTION
1812 MORENA STREET
NASHVILLE TN 37208

CRANEWORKS, INC.
PO BOX 13065
BIRMINGHAM AL 35202

DEANGELIS DIAMOND
2179 EDWARD CURD LANE
SUITE 202
FRANKLIN TN 37067

EQUIPMENT FINDERS INC.
501 DAVIDSON STREET
NASHVILLE TN 37213

HARDAWAY CONSTRUCTION
1001 GALLATIN AVENUE
NASHVILLE TN 37206

J RODRIGUEZ CONSTRUCTION
4837 BRENTDALE AVENUE
MEMPHIS TN 38118

JAMES MCHUGH CONSTRUCTION
1737 SOUTH MICHIGAN AVENUE
CHICAGO IL 60616

LEIVA CONTRACTING LLC
649 CHEYENNE COURT
SMYRNA TN 37167

```
MATTHEW R. SNODGRASS
1524 LIPSCOMB DRIVE
BRENTWOOD TN 37027

NAVITAS CREDIT CORP
201 EXECUTIVE CENTER DRIVE
SUITE 100
COLUMBIA SC 29210

NAVITAS CREDIT CORP
203 FORT WADE ROAD
SUITE 300
PONTE VEDRA FL 32081

ONE SOURCE
75 REMITTANCE DRIVE
DEPT 3140
CHICAGO IL 60675

PRICE CPAS
3825 BEDFORD AVENUE
SUITE 202
NASHVILLE TN 37215

REW MATERIALS
5218 SOUTH NATIONAL DRIVE
KNOXVILLE TN 37914

S&A FRAMING
608 ELMONT COVE
NASHVILLE TN 37211

SETH UTLEY
2821 OVERTON DRIVE
THOMPSONS STATION TN 37179

SOUTHERN CARLSON
PO BOX 744372
ATLANTA GA 30374

UNITED SOLUTIONS
2133 LAWRENCEVILLE-SUWANEE ROAD
SUITE 12-420
SUWANEE GA 30024
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Element Exteriors, LLC**            Case No. _____

                       Debtor(s)        Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Element Exteriors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 25, 2022**                    **/s/ Griffin S. Dunham**

Date                                      **Griffin S. Dunham 027043**

                                       Signature of Attorney or Litigant

                                       Counsel for    **Element Exteriors, LLC**

                                       **Dunham Hildebrand, PLLC**

                                       **2416 21st Ave. S. Suite 303**
**Nashville, TN 37212**
**615 933 5850 Fax:615 777 3765**
**griffin@dhnashville.com**